USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-5-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,

     -against-

ANGEL BENCOSME,

                Defendant.

------------------------------------------------------------------x

21-CR-71 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

A Telephone Arraignment is set for **February 9, 2021** at **1:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:     New York, New York
              February 5, 2021

                                            ANDREW L. CARTER, JR.
                                            United States District Judge