**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 2, 2021

**By ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/20/21

Re:   *United States v. Bencosme*, 21 Cr. 71 (ALC)

Dear Judge Carter:

The parties write jointly to submit a status report in this case per the Court's order of June 1, 2021. Dkt. 16.

The defendant submitted a deferred prosecution application to the Government on June 3, 2021. The Government is still in the process of reviewing that deferred prosecution application, and the parties propose that they submit an additional joint status report to the Court in 30 days, by which time the Government hopes to have reached a decision on the deferred prosecution application.

The Government further requests that the Court exclude time under the Speedy Trial Act until the next status report so that the parties can continue to discuss a pretrial resolution and the defendant can review discovery. The defendant does not object to the exclusion of time.

The application is **GRANTED.** Joint status report due 8/3/21. Time excluded from 7/2/21 to 8/3/21 in the interest of justice.
So Ordered.

*[signature]* 7/2/21

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

*/s/ Kevin Mead*
Kevin Mead
Assistant United States Attorney
(212) 637-2211

cc:   Marne Lenox, Esq., counsel for Angel Bencosme (by ECF)