UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

        -against-

ANGEL BENCOSME,

        Defendant.

------------------------------------------------------------X

21-CR-00071 (ALC)-1

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2021

**SARAH NETBURN, United States Magistrate Judge:**

    The hearing currently scheduled in this case for Monday, October 4, 2021, at 3:00 p.m. will instead be held at 1:30 p.m. that same day.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 23, 2021
                New York, New York