UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANGEL BENCOSME,<br><br>Defendant. | No. 21-CR-71-01 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED that the defendant shall appear for a change of plea hearing and sentencing on Monday, February 12, 2024, at 10:00 a.m. in Courtroom 1506, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The defendant's sentencing submission shall be filed on ECF no later than two weeks in advance of the sentencing. The Government's sentencing submission shall be filed on ECF no later than one week in advance of the sentencing.

SO ORDERED.

Dated:   November 30, 2023
         New York, New York

_____
Ronnie Abrams
United States District Judge