UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

v.

ANGEL BENCOSME,

Defendant.

No. 21-CR-71 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Mr. Bencosme was originally scheduled to plead guilty to conspiracy to commit bank larceny in violation of 18 U.S.C. § 371 on February 12, 2024, and proceed directly to sentencing. In light of recent events, however, the Court no longer intends to proceed with sentencing on that date. Accordingly, the date for sentencing submissions is hereby adjourned with an updated schedule to follow.

SO ORDERED.

Dated:    February 5, 2024
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge